UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COPYWATCH, INC.,

                    Plaintiff,                                    **ORDER**

             - against -                                    21 Civ. 7386 (PGG)

UNISYS CORP.,

                    Defendant.


PAUL G. GARDEPHE, U.S.D.J.:

              As discussed at the initial pretrial conference, the parties will engage in settlement

discussions and an informal exchange of documents over the next thirty days.  By **February 7,**

**2022**, the parties will submit a joint letter apprising the Court of the status of their settlement

discussions.  If a settlement will not be forthcoming, the parties will attach an updated proposed

case management plan.

Dated:  New York, New York
          January 10, 2022

                                              SO ORDERED.

                                              Paul G. Gardephe
                                              United States District Judge